[No. 40986-1-II. Division Two. January 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM DEAN HORD, *Appellant*.

 *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 41095-8-II. Division Two. January 24, 2012.]

*In the Matter of the Estate of* WILMA RODMAN.

 *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Johanson, JJ.

[No. 41413-9-II. Division Two. January 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH KOROSHES, *Appellant*.

 *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Van Deren and Worswick, JJ.

[No. 41519-4-II. Division Two. January 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LEE WINTERSTEIN, *Appellant*.

 *Remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.